708 So.2d 276 (1998)
STATE of Florida, Petitioner,
v.
Stacy GANTORIUS, Respondent.
No. 90677.
Supreme Court of Florida.
March 26, 1998.
*277 Robert A. Butterworth, Attorney General, and Roberta G. Mandel, Assistant Attorney General, Miami, for Petitioner.
Bennett H. Brummer, Public Defender, and Julie M. Levitt, Assistant Public Defender, Eleventh Judicial Circuit, Miami, for Respondent.
SHAW, Justice.
We have for review Gantorius v. State, 693 So.2d 1040 (Fla. 3d DCA 1997), wherein the district court certified the following question:
DOES THE HOLDING OF STATE V. IACOVONE, 660 So.2d 1371 (Fla.1995) SATISFY THE TEST OF WITT V. STATE, 387 So.2d 922 (Fla.1980), FOR RETROACTIVE APPLICATION?
We have jurisdiction. Art. V., § 3(b)(4), Fla. Const. We answered this question in the affirmative in State v. Stevens, No. 90,524, ___ So.2d ___ (Fla. Mar. 26, 1998). We approve Gantorius.
It is so ordered.
KOGAN, C.J., OVERTON, HARDING and ANSTEAD, JJ., and GRIMES, Senior Justice, concur.
WELLS, J., dissents.